IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES K. GOLDSMITH,

    Plaintiff,                    No. CIV S-10-1570 EFB P

    vs.

JIAN MA,

    Defendant.
_____/

JAMES K. GOLDSMITH,

    Plaintiff,                    No. CIV S-10-1995 KJN P

    vs.

L. DAVIS, et al.,

    Defendants.
_____/

JAMES K. GOLDSMITH,

    Plaintiff,                    No. CIV S-10-2845 CKD P

    vs.

A. NANGALAMA,

    Defendant.                  RELATED CASE ORDER
_____/

    Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve interrelated factual claims and similar legal claims and it would therefore entail substantial duplication of labor if the actions were heard by different judges or magistrate judges. Accordingly, assignment of the matters to the same judge

1

1  is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the
2  parties.
3    The parties should be aware that relating the cases under Local Rule 123 merely has the
4  result that the actions are assigned to the same judge; no consolidation of the actions is effected.
5  Under the regular practice of this court, related cases are generally assigned to the judge and/or
6  magistrate judge to whom the first filed action was assigned.
7    Therefore, IT IS ORDERED that the actions denominated as CIV S-10-1995 KJN P and
8  CIV S-10-2845 CKD P are reassigned to United States Magistrate Judge Edmund F. Brennan for
9  all further proceedings.  Henceforth, the caption on documents filed in the reassigned cases shall
10 be shown as No. CIV S-10-1995 EFB P and No. CIV S-10-2845 EFB P.
11   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
12 the assignment of civil cases to compensate for these reassignments.
13 DATED: November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE